# CASE ANNOUNCEMENTS
## *May 3, 2013*

[Cite as *05/03/2013 Case Announcements*, 2013-Ohio-1814.]

# MOTION AND PROCEDURAL RULINGS

**2008–0525. State v. Jones.**
Summit C.P. No. CR–2007–04–1294. This cause came on for further consideration upon appellant's motion for appointment of counsel. Upon consideration of appellant's motion for appointment of counsel, it is ordered by the court that the motion is granted and the Ohio Public Defender's Office is appointed to represent appellant for the purposes of filing an application for reopening.

# CASE ANNOUNCEMENTS
## *May 6, 2013*

[Cite as *05/06/2013 Case Announcements*, 2013-Ohio-1828.]

# MOTION AND PROCEDURAL RULINGS

**2012–1307. Riscatti v. Prime Properties Ltd. Partnership.**
Cuyahoga App. No. 97270, 2012-Ohio-2921. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

Upon consideration of appellant's motion for leave to file a second supplement to the merit briefs, it is ordered by the court that the motion is granted and the second supplement to the merit briefs shall be filed within ten days of the date of this entry.

# CASE ANNOUNCEMENTS
## *May 8, 2013*

[Cite as *05/08/2013 Case Announcements*, 2013-Ohio-1857.]

# MERIT DECISIONS WITHOUT OPINIONS

**2012–0745. Zeune v. Bender.**
In Mandamus. On motions to dismiss. Motions granted. Motion for judgment on the pleadings denied as moot. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–0311. State ex rel. Walker v. Ninth Dist. Court of Appeals.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–0325. State ex rel. McGee v. Judges of the Eighth Dist. Court of Appeals.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.